IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| YOLANDA E. BROWN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:18-CV-03126-ELR |
| ) | |
| QUIKTRIP CORPORATION ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## DEFENDANT QUIKTRIP CORPORATION'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant QuikTrip Corporation (hereinafter "QuikTrip"), by and through counsel, and files this its Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56 and L.R. 56.1. QuikTrip states that there is no genuine issue of material fact and no evidence supporting there existed a hazard, nor evidence supporting any breach of duty by QuikTrip, and thus it is entitled to summary judgment as a matter of law. In support of this Motion, QuikTrip relies upon the deposition of Yolanda Brown; the affidavit of Jasmin Blagajcevic; the Customer

1

Incident Report including photographs; surveillance video from "employee parking"; all pleadings of record; and its Brief in Support of its Motion for Summary Judgment.

    This 26th day of April, 2019.

                                                          Respectfully submitted,

                                                          /s/ Nicole C. Leet
                                                          Michael J. Rust
                                                          Georgia Bar No. 621257
                                                          Nicole C. Leet
                                                          Georgia Bar No. 133044
                                                          Attorneys for Defendant
                                                          QuikTrip Corporation

**Gray, Rust, St. Amand, Moffett & Brieske, L.L.P.**
950 East Paces Ferry Road
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326
404-870-7375 (Rust)
404-870-7434 (Leet)
404 870-7374 fax
e-mail: mrust@grsmb.com
       nleet@grsmb.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| YOLANDA E. BROWN )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>QUIKTRIP CORPORATION )<br>)<br>)<br>)<br>    Defendant. )<br>_____ ) | Case No. 1:18-CV-03126-ELR |

## **LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE**

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), Northern District of Georgia, specifically Times New Roman 14 point.

This 26th day of April, 2019.

                                                      Respectfully submitted,

                                                      /s/ Nicole C. Leet
                                                      Nicole C. Leet
                                                      Georgia Bar No. 133044
                                                      Attorneys for Defendant
                                                      QuikTrip Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| YOLANDA E. BROWN ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> QUIKTRIP CORPORATION ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 1:18-CV-03126-ELR |

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2019, copies of **DEFENDANT QUIKTRIP CORPORATION'S MOTION FOR SUMMARY JUDGMENT** were electronically served with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to the following attorneys of record:

Francis R. Dixson III
Dixson Law, LLC
229 Peachtree Street, NE
International Tower, Suite 450
Atlanta, GA 30303

Hilary Wayne Hunter
Melvin L. Hewitt, Jr.
Isenberg & Hewitt, PC

4

600 Embassy Row
Suite 150
Atlanta, GA 30328

This 26th day of April, 2019.

/s/ Nicole C. Leet
Nicole C. Leet
Georgia Bar No. 133044
Attorney for Defendant
QuikTrip Corporation